**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KELLY ANN JUNIOR, VICTORIA OZERSKAYA,
ANNA SANCHEZ, JOAN STAMPER, AND ON
BEHALF OF ALL HOLDERS OF ENHANCED
VOUCHERS SIMILARLY SITUATED IN THE
CITY OF NEW YORK,



          Plaintiffs,                        12 **CIVIL** 3846 (PAC)

      -against-                       **JUDGMENT**

THE CITY OF NEW YORK, HOUSING
PRESERVATION AND DEVELOPMENT CORP.,
HOUSING URBAN DEVELOPMENT,
HUDSONVIEW TERRACE, INC.,
               Defendants.
-----------------------------------------------------------------X

        HUD having moved to substitute the United States as the proper named defendant and then to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted; Plaintiffs and City Defendants having cross-moved for summary judgment, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on January 17, 2013, having rendered its Opinion and Order granting HUD's motion to dismiss, granting the City Defendants summary judgment on the due process claim, and remanding Plaintiffs' remaining claims to New York State Supreme Court, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 17, 2013, the Court grants HUD's motion to dismiss, grants City Defendants summary judgment on the due process claim, and remands Plaintiffs' remaining claims to New York State Supreme Court.

**Dated:** New York, New York
January 22, 2013

**RUBY J. KRAJICK**

BY: _____
**Clerk of Court**

_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____